Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HELEN SWARTZ, Individually, <br><br> Plaintiff, <br><br> v. <br><br> WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, <br><br> Defendant. | Case No.: 2:20-cv-00430-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Helen Swartz ("Plaintiff") and Defendant Wynn Las Vegas, LLC ("Wynn") (together, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

1. Wynn was served with Plaintiff's Complaint on March 3, 2020;

2. The current deadline for Wynn to answer, move or otherwise respond to Plaintiff's Complaint is March 24, 2020;

3. The Parties have agreed to continue the deadline for Wynn to respond to the Complaint by thirty (30) days, up to and including April 23, 2020;

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

4. Additional time is sought for Wynn to respond to Plaintiff's Complaint in light of the ongoing Coronavirus outbreak and the limited availability of Wynn employees and representatives to assist counsel in preparing a responsive pleading;

5. Wynn has not previously requested an extension of the deadline to answer, move or otherwise respond to the Complaint.

Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses, all of which are expressly reserved. This stipulation is submitted in good faith and not for the purpose of delay.

Dated this 23rd day of March 2020.

SEMENZA KIRCHER RICKARD

/s/ *Lawrence J. Semenza, III, Esq.*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant Wynn Las Vegas, LLC*

Dated this 23rd day of March 2020.

LAW OFFICES OF ROBERT P. SPRETNAK

*/s/Robert P. Spretnak*
Robert P. Spretnak, Esq., Bar No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff Helen Swartz*

**ORDER**

IT IS HEREBY ORDERED THAT, the time for Wynn to respond to Plaintiff's Complaint is hereby extended by thirty (30) days, up to and including April 23, 2020.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** 3/25/2020