1  Lawrence J. Semenza, III, Esq., Bar No. 7174
   Email: ljs@skrlawyers.com
2  Christopher D. Kircher, Esq., Bar No. 11176
   Email: cdk@skrlawyers.com
3  Jarrod L. Rickard, Esq., Bar No. 10203
   Email: jlr@skrlawyers.com
4  Katie L. Cannata, Esq., Bar No. 14848
   Email: klc@skrlawyers.com
5  SEMENZA KIRCHER RICKARD
   10161 Park Run Drive, Ste. 150
6  Las Vegas, Nevada 89145
   Telephone:  (702) 835-6803
7  Facsimile:  (702) 920-8669
8
9  *Attorneys for Defendant Wynn Las Vegas, LLC*

10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12  HELEN SWARTZ, Individually,          Case No.: 2:20-cv-00430-RFB-BNW

13                    Plaintiff,

14  v.                                   **STIPULATION AND ORDER TO
                                         EXTEND TIME TO RESPOND TO
15                                       COMPLAINT**

16  WYNN   LAS   VEGAS,   LLC,  a  Nevada
    Limited Liability Company,           **(Second Request)**
17
                    Defendant.
18

19        Plaintiff Helen Swartz ("Plaintiff") and Defendant Wynn Las Vegas, LLC ("Wynn")

20  (together, the "Parties"), by and through their respective counsel, hereby stipulate and agree to

21  the following:

22        1.      Wynn was served with Plaintiff's Complaint on March 3, 2020;

23        2.      On March 23, 2020, the Parties stipulated and agreed to extend the deadline for

24  Wynn to answer, move or otherwise respond to Plaintiff's Complaint to April 23, 2020.   An

25  Order extending the time for Wynn to respond to Plaintiff's Complaint was subsequently entered

26  by the Court on March 25, 2020.

27        3.      The Parties have agreed to continue the deadline for Wynn to respond to

28  Plaintiff's Complaint by an additional eleven (11) days, up to and including May 4, 2020;

*Sidebar (left margin):* SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

4.     Wynn seeks additional time to respond to Plaintiff's Complaint in light of the ongoing Coronavirus outbreak, the closure of Wynn's properties and the limited availability of Wynn employees and representatives to consult with counsel regarding the preparation of a responsive pleading in this matter;

5.     Although Wynn previously requested an extension of the deadline to answer, move or otherwise respond to the Complaint, both extensions have been primarily due to challenges imposed by the Coronavirus outbreak, and the subsequent limited availably of Wynn's employees and representatives.

Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses, all of which are expressly reserved.  This stipulation is submitted in good faith and not for the purpose of delay.

Dated this 22nd day of April, 2020.

SEMENZA KIRCHER RICKARD

*/s/ Lawrence J. Semenza, III, Esq.*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant Wynn Las Vegas, LLC*

Dated this 22nd day of April, 2020.

FULLER, FULLER & ASSOCIATES, P.A.

*/s/ Lawrence A. Fuller, Esq.*
Lawrence A. Fuller, Esq. (*pro hac vice*)
12000 Biscayne Boulevard, Ste. 502
North Miami, Florida 33181

*Attorney for Plaintiff Helen Swartz*

*///*

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

2

## ORDER

IT IS HEREBY ORDERED THAT, the time for Wynn to respond to Plaintiff's Complaint is hereby extended by eleven (11) days, up to and including May 4, 2020.

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 4/23/2020 _____

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803