Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Defendant Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HELEN SWARTZ, Individually,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company,<br><br>Defendant. | Case No.: 2:20-cv-430-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Helen Swartz ("Plaintiff") and Defendant Wynn Las Vegas, LLC ("Wynn") (together, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

1. Wynn was served with Plaintiff's Complaint on March 3, 2020;

2. On May 4, 2020, Wynn filed its Motion to Dismiss Plaintiff's Complaint (the "Motion").  On May 18, 2020, Plaintiff filed her Opposition to Wynn's Motion.

3. The Parties have agreed to continue the deadline for Wynn to file a Reply in support of its Motion by two (2) weeks, up to and including June 8, 2020;

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

4. Wynn seeks additional time to file its Reply due to the limited availability of Wynn employees and representatives to consult with counsel regarding the preparation of its Reply;

5. Wynn also requires additional time to address Plaintiff's Opposition, given the nature of the arguments and allegations set forth therein;

5. Wynn has not previously requested an extension of the deadline to file a Reply in support of its Motion.

Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections, or defenses, all of which are expressly reserved. This stipulation is submitted in good faith and not for the purpose of delay.

Dated this 22nd day of May, 2020.

    SEMENZA KIRCHER RICKARD

    /s/ *Lawrence J. Semenza, III, Esq.*
    Lawrence J. Semenza, III, Esq., Bar No. 7174
    Christopher D. Kircher, Esq., Bar No. 11176
    Jarrod L. Rickard, Esq., Bar No. 10203
    Katie L. Cannata, Esq., Bar No. 14848
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145

    *Attorneys for Defendant Wynn Las Vegas, LLC*

Dated this 22nd day of May, 2020.

    FULLER, FULLER & ASSOCIATES, P.A.

    */s/ Lawrence A. Fuller, Esq.*
    Lawrence A. Fuller, Esq. (*pro hac vice*)
    12000 Biscayne Boulevard, Ste. 502
    North Miami, Florida 33181

    *Attorney for Plaintiff Helen Swartz*

///
///
///
///

2

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

**ORDER**

IT IS HEREBY ORDERED THAT, the time for Wynn to file a Reply in support of its Motion is hereby extended by two (2) weeks, up to and including June 8, 2020.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of May, 2020.

3